COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-06-287-CV

 

 

IN RE KENT ALTONIO ROGERS                                                 RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator's petition for writ of mandamus and is of the
opinion that relief should be denied as moot. 
The district clerk has filed relator=s motion
for DNA testing and request for appointment of counsel, and the trial court has
appointed counsel to represent relator in his application for DNA testing.  Accordingly, relator's petition for writ of
mandamus is denied as moot.

 

PER CURIAM

 

 

PANEL A:   CAYCE, C.J.; DAUPHINOT
and MCCOY, JJ.

 








DELIVERED: September 8, 2006











    [1]See
Tex. R. App. P. 47.4.